IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

Carol Kuechle,

Plaintiff,

v.

Seagate Technology, Inc., a Delaware Corporation,

Defendant.

COURT FILE NO. 00-1704jmr/fln

**STIPULATION AND ORDER TO ENLARGE TIME TO ANSWER PLAINTIFF'S COMPLAINT**

The parties, by and through their respective counsel, hereby stipulate that defendant Seagate Technology, Inc., ("Defendant") may file and serve its Answer pursuant to Fed. R. Civ. P. 12(a) on or before August 27, 2000. The extension is necessary due to the following reasons:

1. Plaintiff Carol Kuechle ("Plaintiff") commenced this cause of action on or about July 20, 2000, by filing the Complaint with the United States District Court, District of Minnesota, Fourth Division.

2. That service of the Summons and Complaint was effected on Defendant through its registered agent CT Travel Corporation System, Inc., on July 20, 2000.

3. CT Travel Corporation System, Inc., forwarded the Complaint to Defendant on or about July 24, 2000.

4. That on or about August 3, 2000, defense counsel received a copy of a correspondence from Plaintiff's counsel to the clerk of court filing the Summons and the

FILED 8/22/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Affidavit of Service. Although the correspondence indicated that copies of the same were enclosed, defense counsel did not receive copies of the Summons or the Affidavit of Service.

5. Based upon the date of the correspondence, defense counsel assumed that the Summons and Complaint was served upon Defendant in late July or early August.

6. On August 16, 2000, defense counsel inquired of Terry J. Fitz, Legal Specialist, the whereabouts of Plaintiff's Complaint and advised him that the twenty (20) day period in which to respond to the Complaint is about to expire.

7. Mr. Fitz contacted his office and was advised by his paralegal, Tanya Nixon, that she faxed the Complaint to defense counsel shortly after receiving the same from CT Corporation System, Inc.

8. Defense counsel never received the Complaint. It is presumed that the Complaint was lost during the transmission.

9. After receiving the relevant documents from Defendant it was discovered that the Answer was due on or before August 9, 2000.

10. Based upon the foregoing reasons, the parties respectfully request that this Court grant the extension.

MOSS & BARNETT,
A Professional Association

By
James F. Baldwin, #149263
H. Le Phan, #274008
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

**Attorneys For Defendant**

JILL CLARK, A Professional Association

By
Jill Clark, #197988
2005 Aquila Avenue North
Golden Valley, MN 55427
Telephone: (763) 417-9112

**Attorneys for Plaintiff**

## ORDER FOR ENLARGEMENT

Based upon the stipulation of counsel, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED:** that defendant Seagate Technology, Inc., must serve and file its Answer on or about August 27, 2000.

Dated: 8/22/00

**BY THE COURT:**

Honorable Franklin L. Noel
Chief Magistrate Judge of District Court