**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carol Kuechle,

Plaintiff,

v.

Seagate Technology,

Defendant.

Civil Case No. 00-1704-JMR/FLN

**AMENDED**
**PRETRIAL SCHEDULE**

**WHEREAS,** the parties in this action have spent time and effort in the early stages of this case attempting to resolve their difference; and

**WHEREAS,** the parties have discussed in good faith but have determined that additional discovery will be needed before they can reach resolution; and

**WHEREAS,** the parties note that although some dates below are extended, the dispositive motion and trial dates **have not** been altered by this amended schedule.

**NOW, THEREFORE,** the pretrial schedule is amended as follows:

Pursuant to Fed.R.Civ.P. 16 and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by December 15, 2000.

   b. All discovery shall be commenced in time to be completed by **October 1**, 2001.

   c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 25 Requests for Admission shall be served by any party.

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

e. No more than 10 depositions shall be taken by any party.

f. No more than two Rule 35 medical examination shall be taken.

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by **November 1, 2001**. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) Plaintiff by **September 1, 2001**.

2) Defendant by **October 1, 2001**.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) Plaintiff by **September 1, 2001**.

2) Defendant by **October 1, 2001**.

c. Each party may depose no more than 2 expert witnesses on or before **November 1, 2001**.

d. Any expert testimony not fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to December 1, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after January 1, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 3-5 trial days.

**So Ordered:**

Dated: July 23, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

***

**So stipulated:**

Dated: 7/10, 2001

Jill Clark, Esq., Jill Clark, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427
PH: 763/417-9102
**ATTORNEYS FOR PLAINTIFF**

Dated: 7/13, 2001

James Baldwin, Esq., Moss & Barnett
4800 Wells Fargo Center, 90 So. 7th
Minneapolis, MN 55402-4129
PH: 612/347-0300
**ATTORNEYS FOR DEFENDANT**