UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol Kuechle, Civil No. 00-1704 JMR/FLN

Plaintiff,

v. ORDER

Seagate Technology, Inc.,

Defendant.

---

JILL CLARK, Esq., for plaintiff.

JAMES F. BALDWIN, Esq., for defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 29, 2001, on Defendant's Motion to Compel Deposition of the Plaintiff [#13].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendant's Motion to Compel Deposition of the Plaintiff [#13] is **GRANTED** as follows;

(1) The deposition of Carol Kuechlel and Don Barrett will both occur on **November 12, 2001, beginning at 9:00 A.M.**;
(2) Insofar as the motion request extension of the pretrial schedule for dispositive motions it is **DENIED**;
(3) Insofar as the motion requests cost and fees it is **DENIED**;
(4) Failure to comply with this order of the Court will expose the noncompliant party to sanction.

DATED: 10/31/01

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 11-1-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK